**Order entered January 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00032-CR

### LYDIA L. CURTIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 401st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 401-82230-08

## ORDER

The Court **ORDERS** this appeal removed from submission on January 29, 2013.

Appellant's counsel filed a brief on April 30, 2012 that purports to be an *Anders* brief. However, the brief does not fully comply with the requirements of *Anders v. California*. Specifically, although counsel states appellant waived a jury, was found competent to stand trial, and that certain motions were filed, the brief does not analyze those issues and the law related to the trial court's rulings. Moreover, appellant did not file a motion to withdraw as counsel that complies with Texas Rule of Appellate Procedure 6.5(a) and (b). Accordingly, we **STRIKE** the appellant's brief filed on April 30, 2012.

We **ORDER** counsel to file, within **THIRTY DAYS** of the date of this order, either a motion to withdraw as counsel supported by a brief that complies with the requirements of *Anders v. California* or a brief that raises issues on the merits.

We **DENY** appellant's January 2, 2013 motion for appointment of new counsel.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Courtney Miller and the Collin County District Attorney's Office.


/s/     ROBERT M. FILLMORE
PRESIDING JUSTICE